[Nos. 7253–0–II; 7255–6–II. Division Two. January 27, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. JAMES LIVINGSTON, ET AL, *Appellants.*

Appeals from judgments of the Superior Court for Pierce County, Nos. 82–1–01376–6, 82–1–01298–1, William L.

1064

Brown, Jr., J., entered August 4, 1983. *Affirmed* by unpublished opinion per Worswick, C.J., concurred in by Petrich and Alexander, JJ.